UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

ONEWEST BANK, N.A.,

        Plaintiff,

- against -

PATRICIA SERBONES, et al.,

        Defendants.

------------------------------------------------------------ x

**ORDER ADOPTING REPORT AND RECOMMENDATION**

14-CV-7281 (RJD) (MDG)

DEARIE, District Judge

        The Report and Recommendation of Magistrate Judge Marilyn D. Go, dated March 7, 2016, ECF No. 25, is adopted with two modifications. First, because counsel failed to submit contemporaneous time records, attorneys' fees are denied. See Scott v. City of New York, 626 F.3d 130, 133-34 (2d Cir. 2010); New York State Ass'n for Retarded Children, Inc., v. Carey, 711 F.2d 1136, 1147-48 (2d Cir. 1983). Second, the Court corrects the following clerical error: in accordance with the first paragraph on page 12 of the Report and Recommendation, the table contained in the second paragraph on page 12 should reflect an award of damages for broker price opinion and appraisal fees in the amount of $2,150.00, not $2,468.00 as stated therein.

SO ORDERED.

Dated: Brooklyn, New York
      March 31, 2016

                                            s/Raymond J. Dearie

                                            RAYMOND J. DEARIE
                                            United States District Judge